

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00185-CV

**IN THE INTEREST OF M.A.R.**, a Child

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 14-11-30314-MCV
Honorable Maribel Flores, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: April 15, 2026

DISMISSED FOR LACK OF JURISDICTION

On February 25, 2026, appellant filed a notice of appeal attempting to appeal a February 26, 2026 order dismissing his motion to modify a child support order for want of prosecution. The clerk's record was filed on March 6, 2026. It shows the trial court vacated that order and granted appellant a "trial de novo" for April 9, 2026.

"Unless specifically authorized by statute, Texas appellate courts have jurisdiction only to review final judgments." *McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018); *accord Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because the clerk's record did not include a final order, we ordered appellant to show cause in writing by April 6, 2026, why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a),

(c). We admonished appellant that if a supplemental clerk's record was required to show he had the right to appeal, appellant was required to ensure the supplemental clerk's record containing a signed, final order was filed in this court by April 6, 2026. Appellant did not respond to our order, and no supplemental clerk's record has been filed.

Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM